# ELECTRONIC RECORD

765-15
766-15

COA #  06-14-00159-CR-also 6-14-160-CR

OFFENSE: 19.03

STYLE: Thomas Lloyd Taunton v. The State of Texas

COUNTY: Fannin

COA DISPOSITION:  Affirmed

TRIAL COURT: 336th District Court

DATE: 6/19/2015     Publish: YES     TC CASE #:     CR-12-24098

# IN THE COURT OF CRIMINAL APPEALS

765-15
766-15

STYLE: Thomas Lloyd Taunton v. The State of Texas

CCA #: _____

_____ APPELLANT'S _____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____ REFUSED _____

JUDGE: _____

DATE: 08/26/2015

SIGNED: _____     PC: _____

JUDGE: _____

PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____